■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD MERL, Appellant.—Appeal by defendant from a judgment of the County Court, Nassau County, rendered April 5, 1979, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. We have fully reviewed the record on appeal and perceive no basis to disturb the judgment of conviction (see *People v Gonzalez,* 47 NY2d 606; *Anders v California,* 386 US 738). Gibbons, J. P., Cohalan, Margett and Martuscello, JJ., concur.